THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> WEST CENTRAL PRODUCE, INC., <br><br> Defendant. | CASE NO. C20-0803-JCC <br><br> ORDER OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 8). Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

1. Plaintiff properly served Defendant on June 15, 2020, (Dkt. No. 5);

2. The Clerk entered default against Defendant on July 31, 2020, (Dkt. No. 7);

3. Defendant has failed to appear or otherwise defend in this action;

4. This action is properly within the jurisdiction of the Court and venue is proper;

5. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), support granting default judgment in Plaintiff's favor.

Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and AWARDS judgment against Defendant and in favor of Plaintiff in the amount of $139,171.40. This amount is due the Plaintiff's Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 630 with which Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trusts for the audit period January 1, 2017 through February 28, 2019 and for the period January 2020 through March 2020 for Account Nos. 211320 and 217071 and for the period January 2020 and February 2020 for Account No. 217072.

### SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | West Central Produce, Inc. |
| Principal Judgment Amount: | $109,226.40 |
| Liquidated Damages: | $21,845.28 |
| Interest to Date of Judgment: | $6,386.72 |
| Attorney Fees: | $1,218.00 |
| Costs: | $495.00 |
| Other Recovery Amounts: | NONE |
| Total: | $139,171.40 |
| Percent Interest on Principal: | Five percent (5%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

DATED this 8th day of October 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE